**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | **Ancora Services Corporation** |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | **Wire Tech Manufacturing** |
| 3. Debtor's federal Employer Identification Number (EIN) | __ __ – __ __ __ __ __ __ __ |

4. Debtor's address

**Principal place of business**

**7806 Fortune Drive**
Number     Street

**San Antonio, TX 78250**
City                          State     ZIP Code

**Bexar**
County

**Mailing address, if different from principal place of business**

Number          Street

City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                          State     ZIP Code

| | |
|---|---|
| 5. Debtor's website (URL) | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor      **Ancora Services Corporation**
_____          Case number *(if known)* _____
            Name

**7. Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____  _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**          *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                         MM / DD / YYYY

        Case number, if known _____

Debtor  **Ancora Services Corporation** _____  Case number (if known) _____

Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br> Number          Street<br><br>_____<br><br>_____<br> City                                  State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>                 Contact name _____<br>                 Phone _____ |

<br>

## ▐ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99<br>☐ 100-199  ☐ 200-999 | ☐ 1,000-5,000   ☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| Debtor | **Ancora Services Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/18/2024**
MM/ DD/ YYYY

**X** **/s/ Carlos Arteaga**
Signature of authorized representative of debtor

**Carlos Arteaga**
Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Heidi McLeod**
Signature of attorney for debtor

Date   **11/18/2024**
MM/ DD/ YYYY

**Heidi McLeod**
Printed name

**Heidi McLeod Law Office, PLLC**
Firm name

**3355 Cherry Ridge 214**
Number        Street

**San Antonio**                    **TX**    **78230**
City                                          State    ZIP Code

Contact phone

**heidimcleodlaw@gmail.com**
Email address

**13764700**                        **TX**
Bar number                                State

Fill in this information to identify the case:

Debtor Name **Ancora Services Corporation**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Jefferson Bank** | **Checking account** | ___ ___ ___ ___ | **$1,585.97** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1** | **$1,585.97** |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **HNK Investment Group LLC** | **$5,260.00** |
|---|---|

Debtor   **Ancora Services Corporation**

Name

Case number *(if known)*

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____ _____

   8.2 _____ _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

   | | |
   |---|---|
   | | **$5,260.00** |

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | **Current value of debtor's interest** |
    |---|---|

11. **Accounts receivable**

    | 11a. 90 days old or less: | **unknown** - **unknown** =..... ➜ | $26,650.00 |
    |---|---|---|
    | | face amount   doubtful or uncollectible accounts | |
    | 11b. Over 90 days old: | _____ - _____ =..... ➜ | _____ |
    | | face amount   doubtful or uncollectible accounts | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    | | |
    |---|---|
    | | **$26,650.00** |

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | 14.1 _____ | _____ | _____ |
    |---|---|---|
    | 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                              % of ownership:

    | 15.1 _____ | _____ | _____ |
    |---|---|---|
    | 15.2 _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor   **Ancora Services Corporation**_____        Case number *(if known)*_____
　　　　　Name

| | | | |
|---|---|---|---|
| 16.1 _____ | _____ | _____ |
| 16.2 _____ | _____ | _____ |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.　　　　　　　　　　　　　　　　　　　　　　　| _____ |

### Part 5:　　Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| raw materials _____ | _____ MM / DD / YYYY | unknown | _____ | $20,000.00 |
| **20. Work in progress** | | | | |
| Work in progress _____ | _____ MM / DD / YYYY | unknown | _____ | $6,810.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| finished waiting to be shipped | _____ MM / DD / YYYY | unknown | _____ | $100,250.00 |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.　　　　　　　　　　　　　　　　　| $127,060.00 |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☑ Yes.  Book value ___unknown___  Valuation method _____  Current value ___$20,000.00___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

### Part 6:　　Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

Debtor   **Ancora Services Corporation**

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish<br>_____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | _____ | _____ | _____ |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

    | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **Ancora Services Corporation**      Case number *(if known)*
     Name

| | | |
|---|---|---:|
| Tables, Desks, Chairs, File Cabinets and Metal Cabinets | unknown | $7,000.00 |
| tables desk chairs file cabinets a nd desk metal cabinets | unknown | $7,000.00 |
| **40.**   Office fixtures | | |
| 2 ceiling fans, compressed air system, | unknown | $15,500.00 |
| **41.**   Office equipment, including all computer equipment and communication systems equipment and software | | |
| fabrication machines, 2 fork lifts, | unknown | $95,000.00 |
| Doosan Machining Center | unknown | $43,000.00 |
| ONA AV 35 Wire EDM | unknown | $225,000.00 |
| Punch press | unknown | $23,000.00 |
| DNM 350-5 | unknown | $128,000.00 |
| XM1600 CMM MACHINE | unknown | $45,000.00 |
| Servers, CAD Workstations & Desktop Computers | unknown | $8,300.00 |
| CAM Software | unknown | $95,000.00 |
| Inserts, Drill Bits, End Mills & etc. | unknown | $35,000.00 |
| Johnford Vertical Machine | unknown | $0.00 |
| Fanuc Robocut Machine | unknown | $0.00 |
| Johnford Vertical Machine VMC-1050 | unknown | $0.00 |
| Grizzly Horizontal Band Saw | unknown | $0.00 |
| Sharp Manual Mill LMV-50 | unknown | $0.00 |
| Sharp Manual Mill LMV-42 | unknown | $0.00 |
| Minister No 6 | unknown | $0.00 |
| Doosan Puma 230B | unknown | $0.00 |
| Falcon Chevalier FSG618 Grinder | unknown | $0.00 |
| Acer Supra 618 Grinder | unknown | $0.00 |
| Knights Dragon Heat Treating Furnace | unknown | $0.00 |
| Ingersol Air Compressor | unknown | $0.00 |
| Miller Tig Welder | unknown | $0.00 |
| Moore #2 Jig Grinder | unknown | $0.00 |
| Hyster 4k Forklift | unknown | $11,000.00 |
| Belmont Hole Popper | unknown | $0.00 |
| Okamoto Automatic Surface Grinder | unknown | $18,000.00 |
| Simco Turn SL-320 | unknown | $8,000.00 |

Debtor    **Ancora Services Corporation**                                Case number *(if known)* _____
_____
          Name

| | | |
|---|---|---|
| **Bridgeport INT412V** | unknown | $9,000.00 |
| **Grob bandsaw** | unknown | $0.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   42.1 _____    _____    _____    _____

   42.2 _____    _____    _____    _____

   42.3 _____    _____    _____    _____

43. **Total of Part 7**                                                                                    | $772,800.00 |

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 8:**      Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   47.1 _____    _____    _____    _____

   47.2 _____    _____    _____    _____

   47.3 _____    _____    _____    _____

   47.4 _____    _____    _____    _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____    _____    _____    _____

   48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

   49.1 _____    _____    _____    _____

   49.2 _____    _____    _____    _____

Debtor    **Ancora Services Corporation**        Case number *(if known)* _____
       Name

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

      _____   _____   _____   _____

**51.**   **Total of Part 8**

      Add lines 47 through 50. Copy the total to line 87.      [_____]

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

      ☑ No
      ☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

      ☑ No
      ☐ Yes

| **Part 9:** | Real property |
|---|---|

**54.**   **Does the debtor own or lease any real property?**

      ☑ No. Go to Part 10.
      ☐ Yes. Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.**   **Total of Part 9**

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      [_____]

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

      ☑ No
      ☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

      ☑ No
      ☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No. Go to Part 11.
      ☑ Yes. Fill in the information below.

Debtor  **Ancora Services Corporation**                              Case number *(if known)* _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| custom metal parts designs | unknown | | $100,000.00 |
| 61. **Internet domain names and websites** | | | |
| web site domain name WWW.wiretechmfg.com | unknown | | $10,000.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

$110,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____ – _____  ➔  _____
Total face amount    doubtful or uncollectible amount

Debtor    **Ancora Services Corporation**_____    Case number *(if known)* _____
          Name

---

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____   Tax year _____   _____

     _____   Tax year _____   _____

     _____   Tax year _____   _____

73.  **Interests in insurance policies or annuities**

     _____                         _____

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     _____                         _____

     **Nature of claim**      _____

     **Amount requested**     _____

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     _____                         _____

     **Nature of claim**      _____

     **Amount requested**     _____

76.  **Trusts, equitable or future interests in property**

     _____                         _____

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

     _____                         _____

     _____                         _____

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.                _____

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

---

Debtor    **Ancora Services Corporation**

Name

Case number *(if known)*

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,585.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,260.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,650.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $127,060.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $772,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................ ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $110,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $1,043,355.97 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................. | | $1,043,355.97 |

Official Form 206A/B        **Schedule A/B: Assets — Real and Personal Property**        page **10**

Fill in this information to identify the case:

Debtor name **Ancora Services Corporation**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** Creditor's name
**AMUR Equipment Finance**

Creditor's mailing address
**304 West 3rd Street**

**Grand Island, NE 68801**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  **4  7  2  3**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien
XM1600 CMM MACHINE

Describe the lien
**PURCHASE MONEY**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$4,940.06**    Column B: **$45,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$475,083.19**

Debtor   **Ancora Services Corporation**

Name                                                              Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** **Creditor's name**

**Arturo Reyes**

**Creditor's mailing address**

**906 Enchanted Rock**

**San Antonio, TX 78260**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

     For Doosan Machining Center : 1) Balboa Capital; **2) Arturo Reyes**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Fanuc Robocut Machine, Johnford Vertical Machine, Grizzly Horizontal Band Saw, Sharp Manual Mill LMV-50, Simco Turn SL-320, Minister No 6, Doosan Machining Center , Falcon Chevalier FSG618 Grinder, Acer Supra 618 Grinder, Knights Dragon Heat Treating Furnace, Ingersol Air Compressor, Miller Tig Welder, Hyster 4k Forklift, Belmont Hole Popper

**Describe the lien**

**Equipment Lease**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$120,890.55**

Column B: **$62,000.00**

Debtor    **Ancora Services Corporation**                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.3** **Creditor's name**

**Balboa Capital**

**Creditor's mailing address**

**575 Anton Blvd Fl. 12**

**Costa Mesa, CA 92626**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  3 6 3 2

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  **2.2**

**Describe debtor's property that is subject to a lien**

Doosan Machining Center

**Describe the lien**

purchase money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$18,145.00**          **$43,000.00**

Debtor **Ancora Services Corporation**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim
Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.4** **Creditor's name**

**BMO Vendor Finance**

**Creditor's mailing address**

**1625 W. Fountainhead Pkwy 10th Fl.**

**Tempe, AZ 85282**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **8 0 0 1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

DNM 350-5

**$97,893.65**      **$128,000.00**

**Describe the lien**

purchase money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Ancora Services Corporation**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**North Mill Equipment**

**Creditor's mailing address**

**601 Merrit 7 #5**

**Norwalk, CT 06851**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** 6 3 3 8
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Punch press

**Describe the lien**

**Equipment Lease**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$33,228.86    $23,000.00

Debtor  **Ancora Services Corporation**                                      Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** Creditor's name

**U.S Bank Equipment Finance Servicing**

Creditor's mailing address

**13010 SW 68th Pkwy**

**Portland, OR 97223**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **6  0  0  0**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

ONA AV 35 Wire EDM                                              **$199,985.07**        **$225,000.00**

Describe the lien

**Equipment Lease**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Fill in this information to identify the case:

Debtor name _____ **Ancora Services Corporation** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,317.75 | $1,317.75 |

**2.1**

Priority creditor's name and mailing address

__Alejandra Ortiz__

__1619 Mardell St.__

__San Antonio, TX 78201__

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,317.75**
Priority amount: **$1,317.75**

**2.2**

Priority creditor's name and mailing address

__Cesar Cisneros__

__9731 Emerald Pl__

__San Antonio, TX 78245-1175__

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$3,093.30**
Priority amount: **$3,093.30**

| Debtor | **Ancora Services Corporation** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2">

**Part 1:** Additional Page
</td></tr>
</table>

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464.85 | $464.85 |
|---|---|---|---|

Cesar Cisneros Jr.

9731 Emerald Place

San Antonio, TX 78245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,181.28 | $1,181.28 |
|---|---|---|---|

Claudia Tena

98300 Camino Villa 417

San Antonio, TX 78254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,063.72 | $1,063.72 |
|---|---|---|---|

Donald Arrey

2654 Lonesome Creek Trl

New Braunfels, TX 78130-4116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

Debtor  **Ancora Services Corporation**
Name
Case number *(if known)* _____

| Part 1: | Additional Page |

---

**2.6** | Priority creditor's name and mailing address

**Hector Estrada**

**9059 Cagnon Rd.**

**San Antonio, TX 78252**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$644.00         $644.00

---

**2.7** | Priority creditor's name and mailing address

**Jared Lopez**

**5505 TPC Parkway**

**San Antonio, TX 78261**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$3,008.32       $3,008.32

---

**2.8** | Priority creditor's name and mailing address

**Jose Hernandez**

**8642 Quail Whisper**

**San Antonio, TX 78250**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

$852.00         $852.00

---

Debtor   **Ancora Services Corporation**
Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |
|---|---|

**2.9**

Priority creditor's name and mailing address

**Rohan A. Carrion**

**7715 Sundew Mist**

**San Antonio, TX 78244**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:   **$698.55**   **$698.55**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address

**Yadiel A. Carrion-Quiros**

**7715 Sundew Mist**

**San Antonio, TX 78244**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:   **$793.53**   **$793.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Ancora Services Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Ace Recovery Group**

**3171 Richmond Road Fl 2**

**Staten Island, NY 10306**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Ace Rubber Company**

**PO Box 129**

**Kennedale, TX 76060**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$7,594.20**

---

**3.3** Nonpriority creditor's name and mailing address

**Alinq, LLC**

**8920 Royal Dr**

**Burr Ridge, IL 60527-8330**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$25,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Alinq, LLC**

**8920 Royal Dr**

**Burr Ridge, IL 60527-8330**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☒ No
☐ Yes

**$75,000.00**

| Debtor | **Ancora Services Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.8** | Nonpriority creditor's name and mailing address

**Bluevine/Celtic Bank**

**268 S. State Street Ste. 300**

**Salt Lake City, UT 84111**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$19,352.26

---

**3.10** | Nonpriority creditor's name and mailing address

**Cultiva Financial**

**1901 NW Military Hwy Ste. 218**

**San Antonio, TX 78213**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset?
☑ No
☐ Yes

$91,900.00

---

**3.11** | Nonpriority creditor's name and mailing address

**Einstein & Habbesaw P.C**

**9901 IH 10 West Ste. 800**

**San Antonio, TX 78230**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.12** | Nonpriority creditor's name and mailing address

**Emmy Capital Group**

**442 5th Avenue Ste. 2398**

**New York, NY 10019**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$35,219.00

---

Debtor    **Ancora Services Corporation**
Name                                                                           Case number *(if known)*

---

Part 2:    Additional Page

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $14,685.28 |
|------|---|---|---|

**3.13** Nonpriority creditor's name and mailing address

**Francis Manufacturing Company**

**550 E. Main Street**

**Russia, OH 45363**

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$14,685.28

---

**3.14** Nonpriority creditor's name and mailing address

**H&K Investments**

**16103 Addison Road**

**Addison, TX 75001**

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

**3.15** Nonpriority creditor's name and mailing address

**Lanfear & Associates**

**1100 NE Loop 410 Ste. 510**

**San Antonio, TX 78209**

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.17** Nonpriority creditor's name and mailing address

**Texas Management Associates**

**7510 Reindeer Trail**

**San Antonio, TX 78250**

Date or dates debt was incurred

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured**

Is the claim subject to offset?
☑ No
☐ Yes

$28,500.00

---

Debtor  **Ancora Services Corporation**
Name

Case number *(if known)* _____

---

<table>
<tr><td>Part 2:</td><td>Additional Page</td></tr>
</table>

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,937.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**TRF 2020, LLC**

**90 State St. Ste. 700**

**Albany, NY 12207**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $19,937.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Ancora Services Corporation**
_____
         Name

Case number *(if known)* _____

<hr>

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$13,117.30** |
| 5b. | **Total claims from Part 2** | 5b. + | **$366,187.74** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$379,305.04** |

Fill in this information to identify the case:

Debtor name _____**Ancora Services Corporation**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | commercial space |
| | | Contract to be ASSUMED | H&K Investments |
| | State the term remaining | 0 months | 16103 Addison Road |
| | List the contract number of any government contract | | Addison, TX 75001 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Ancora Services Corporation**

United States Bankruptcy Court for the: **Western** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1 **Alinq, LLC** | **8920 Royal** <br> Street <br><br> **Willowbrook, IL 60527** <br> City    State    ZIP Code | **Alinq, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Arteaga, Carlos** | **7826 Sierra Seco** <br> Street <br><br> **San Antonio, TX 78240-1969** <br> City    State    ZIP Code | **Balboa Capital** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Arturo Reyes** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Cultiva Financial** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **North Mill Equipment** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **BMO Vendor Finance** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **U.S Bank Equipment Finance Servicing** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Emmy Capital Group** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Ancora Services Corporation**                              Case number (if known)  _____
           Name

| ███████ | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Ace Recovery Group** | ☐ D  ☑ E/F  ☐ G |
| | | **Bluevine/Celtic Bank** | ☐ D  ☑ E/F  ☐ G |
| | | **Einstein & Habbesaw P.C** | ☐ D  ☑ E/F  ☐ G |
| | | **Texas Management Associates** | ☐ D  ☑ E/F  ☐ G |
| | | **TRF 2020, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **H&K Investments** | ☐ D  ☑ E/F  ☐ G |
| | | **Alinq, LLC** | ☐ D  ☑ E/F  ☐ G |
| 2.3 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 _____ | Street _____<br>_____<br>City        State        ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

Official Form 206H                    Schedule H: Codebtors

Debtor    **Ancora Services Corporation**                              Case number (if known) _____
           Name

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ | _____ | ☐ D |
| | | _____ | | ☐ E/F |
| | | | | ☐ G |
| | | City         State         ZIP Code | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name          **Ancora Services Corporation**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____     Chapter ___**11**___

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*..................................................................................

    | |
    |---|
    | **$0.00** |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................

    | |
    |---|
    | **$1,043,355.97** |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................

    | |
    |---|
    | **$1,043,355.97** |

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | |
    |---|
    | **$475,083.19** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

    | |
    |---|
    | **$13,117.30** |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

    | |
    |---|
    | **+     $366,187.74** |

4. **Total liabilities**.................................................................................................................
    Lines 2 + 3a + 3b

    | |
    |---|
    | **$854,388.23** |

Fill in this information to identify the case:

Debtor name        **Ancora Services Corporation**

United States Bankruptcy Court for the:

       **Western District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.**   **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2024** to   Filing date<br>      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$506,884.00** |
| **For prior year:**   From **01/01/2023** to **12/31/2023**<br>      MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,061,708.00** |
| **For the year before that:**   From **01/01/2022** to **12/31/2022**<br>      MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$547,838.00** |

**2.**   **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2024** to   Filing date<br>      MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2023** to **12/31/2023**<br>      MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2022** to **12/31/2022**<br>      MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

Debtor **Ancora Services Corporation**                                          Case number *(if known)* _____

Name

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **H&K Investments** <br> Creditor's name <br><br> **16103 Addison Road** <br> Street <br><br><br> **Addison, TX 75001** <br> City            State        ZIP Code | **08/23/2024** <br><br> **09/04/2024** <br><br> **09/24/2024** <br><br> **11/01/2024** <br><br> **09/06/2024** | **$77,000.00** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ❏ Services <br> ☑ Other **rent** |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br><br> _____ <br> City            State        ZIP Code <br><br> Relationship to debtor <br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor  **Ancora Services Corporation**

Name                                                      Case number *(if known)* _____

5.1. _____        _____  _____  _____

Creditor's name

Street

_____

_____

City                State    ZIP Code

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____  _____  _____  _____

Creditor's name

XXXX– __ __ __ __

Street

_____

_____

City                State    ZIP Code

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **TRS2020** | **collection of MCA loan** | **Supreme Court of the State of New York County of Onondaga** | ❑ Pending |
| | | Name | ❑ On appeal |
| **Case number** | | | ☑ Concluded |
| | | Street | |
| _____ | | _____ | |
| | | City    State    ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  **Ancora Services Corporation**                                    Case number *(if known)*
               Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | |

Custodian's name

Case title

Court name and address

Street

Name

Case number

Street

City          State    ZIP Code

Date of order or assignment

City          State    ZIP Code

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

Recipient's name

Street

City          State    ZIP Code

Recipient's relationship to debtor

---

## Part 5:  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** **theft by repair company spindle experiment replacement value 25,000. Paid $10,000 for repairs that were never completed** | **no insurance** | **May 2024** | **$35,000.00** |

---

Debtor **Ancora Services Corporation**
Name

Case number *(if known)* _____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Heidi McLeod Law Office, PLLC** | **Attorney's Fee** | **11/18/2024** | **$2,000.00** |
| | **Address** | | | |
| | **3355 Cherry Ridge 214** | | | |
| | Street | | | |
| | **San Antonio, TX 78230** | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

**Ancora Services Corporation**

Name                                                Case number *(if known)*

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |

Street

City             State     ZIP Code

| Relationship to debtor |
|---|
| |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|

| 14.1. | | From _____ To _____ |
|---|---|---|

Street

City             State     ZIP Code

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** | | |

Facility name

| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|
| City     State    ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |

Debtor    **Ancora Services Corporation**
     Name
                                           Case number *(if known)*

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

      ☑ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Jefferson Bank**<br>Name<br><br>Street<br><br><br>City   State   ZIP Code | XXXX– _ _ _ _ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **August 2024** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Name          Case number *(if known)*

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City   State   ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Hydraulic Specialist** <br> Name <br> **7811 Fortune Dr** <br> Street <br><br> **San Antonio**    **TX** <br> **78250-5172** <br> City   State   ZIP Code | | ~~Metal cabinets~~ | **$5,000.00** |
| Owner's name and address | Location of the property | Description of the property | Value |
| **Carl Artega** <br> Name <br> **7826 Sierra Seco** <br> Street <br><br> **San Antonio**    **TX** <br> **78240-1969** <br> City   State   ZIP Code | | ~~2017 18' falcon Trailer and 2011 Ford Transit connect van doesn't run~~ | **$12,500.00** |

Debtor  Ancora Services Corporation

Case number *(if known)*

Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Jared Lopez** Name | | ~~Chevrolet Malibu~~ | |
| **5505 TPC Parkway** Street | | | |
| **78261** City        State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City              State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor
Name

Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State     ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **James Lewis** | From **April 2023** To **April 2023** |
| Name | |
| **11122 Wurzbach Rd Ste 204** | |
| Street | |
| **San Antonio, TX 78230-2650** | |
| City          State     ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City          State     ZIP Code | |

Debtor **Ancora Services Corporation**
Name

Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Arteaga, Carlos** <br> Name <br><br> **7826 Sierra Seco** <br> Street <br><br><br> **San Antonio, TX 78240-1969** <br> City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br> Name <br><br> Street <br><br><br> City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. <br> Name <br><br> Street <br><br><br> City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Arteaga, Carlos** | **7826 Sierra Seco San Antonio, TX 78240-1969** | **Managing Member , owner** | **100.00%** |

Debtor    **Ancora Services Corporation**                                              Case number *(if known)*
          Name

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , _____ | | From _____  To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Arteaga, Carlos** <br> Name <br> **7826 Sierra Seco** <br> Street <br> **San Antonio, TX 78240-1969** <br> City State ZIP Code <br> Relationship to debtor <br> **managing member** | _____ | _____ | _____ |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/18/2024**
               MM/ DD/ YYYY

Name

**X** **/s/ Carlos Arteaga** _____      Printed name _____ **Carlos Arteaga** _____

Signature of individual signing on behalf of the debtor


Position or relationship to debtor _____ **President** _____


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name        **Ancora Services Corporation**

United States Bankruptcy Court for the:

       **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cultiva Financial 1901 NW Military Hwy Ste. 218 San Antonio, TX 78213 | | Equipment Lease | | | | $91,900.00 |
| 2 | Arturo Reyes 906 Enchanted Rock San Antonio, TX 78260 | | Equipment Lease | | $120,890.55 | $62,000.00 | $77,035.55 |
| 3 | Alinq, LLC 8920 Royal Dr Burr Ridge, IL 60527-8330 | | Unsecured | | | | $75,000.00 |
| 4 | Emmy Capital Group 442 5th Avenue Ste. 2398 New York, NY 10019 | | Unsecured | | | | $35,219.00 |
| 5 | H&K Investments 16103 Addison Road Addison, TX 75001 | | Unsecured | | | | $35,000.00 |
| 6 | Texas Management Associates 7510 Reindeer Trail San Antonio, TX 78250 | | Unsecured | | | | $28,500.00 |
| 7 | Alinq, LLC 8920 Royal Dr Burr Ridge, IL 60527-8330 | | Unsecured | | | | $25,000.00 |
| 8 | TRF 2020, LLC 90 State St. Ste. 700 Albany, NY 12207 | | Unsecured | | | | $19,937.00 |

| Debtor | Ancora Services Corporation | |
|---|---|---|
| | Name | |

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bluevine/Celtic Bank<br>268 S. State Street Ste. 300<br>Salt Lake City, UT 84111 | | Unsecured | | | | $19,352.26 |
| 10 | Francis Manufacturing Company<br>550 E. Main Street<br>Russia, OH 45363 | | Unsecured | | | | $14,685.28 |
| 11 | North Mill Equipment<br>601 Merrit 7 #5<br>Norwalk, CT 06851 | | Equipment Lease | | $33,228.86 | $23,000.00 | $10,228.86 |
| 12 | Einstein & Habbesaw P.C<br>9901 IH 10 West Ste. 800<br>San Antonio, TX 78230 | | Unsecured | | | | $8,000.00 |
| 13 | Ace Rubber Company<br>PO Box 129<br>Kennedale, TX 76060 | | Unsecured | | | | $7,594.20 |
| 14 | Ace Recovery Group<br>3171 Richmond Road Fl 2<br>Staten Island, NY 10306 | | Unsecured | | | | $6,000.00 |
| 15 | Cesar Cisneros<br>9731 Emerald Pl<br>San Antonio, TX 78245-1175 | | | | | | $3,093.30 |
| 16 | Jared Lopez<br>5505 TPC Parkway<br>San Antonio, TX 78261 | | | | | | $3,008.32 |
| 17 | Alejandra Ortiz<br>1619 Mardell St.<br>San Antonio, TX 78201 | | | | | | $1,317.75 |
| 18 | Claudia Tena<br>98300 Camino Villa 417<br>San Antonio, TX 78254 | | | | | | $1,181.28 |
| 19 | Donald Arrey<br>2654 Lonesome Creek Trl<br>New Braunfels, TX 78130-4116 | | | | | | $1,063.72 |
| 20 | Jose Hernandez<br>8642 Quail Whisper<br>San Antonio, TX 78250 | | | | | | $852.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**     Ancora Services Corporation

Case No. _____

**Debtor**                                    Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...............................................................................  **$5,450.00**

Prior to the filing of this statement I have received ...............................................................  **$2,000.00**

Balance Due .............................................................................................................................  **$3,450.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border:1px solid black; padding:1em;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **11/18/2024** | **/s/ Heidi McLeod** |
| *Date* | Heidi McLeod |
| | *Signature of Attorney* |
| | Bar Number: 13764700 |
| | Heidi McLeod Law Office, PLLC |
| | 3355 Cherry Ridge 214 |
| | San Antonio, TX 78230 |
| | Phone: (210) 853-0092 |
| | |
| | **Heidi McLeod Law Office, PLLC** |
| | *Name of law firm* |

</div>

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Ancora Services Corporation**                                    CASE NO

                                                                           CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**11/18/2024**____          Signature _____**/s/ Carlos Arteaga**_____

                                                             Carlos Arteaga, President

Ace Recovery Group
3171 Richmond Road Fl 2
Staten Island NY 10306


Ace Rubber Company
PO Box 129
Kennedale TX 76060


Alejandra Ortiz
1619 Mardell St
San Antonio TX 78201


Alinq LLC
8920 Royal Dr
Burr Ridge IL 605278330


Alinq LLC
8920 Royal
Willowbrook IL 60527


AMUR Equipment Finance
4723
304 West 3rd Street
Grand Island NE 68801


Ancora Services Corporation
7806 Fortune Drive
San Antonio TX 78250


Carlos Arteaga
7826 Sierra Seco
San Antonio TX 782401969

Arturo Reyes
906 Enchanted Rock
San Antonio TX 78260


Balboa Capital
3632
575 Anton Blvd Fl 12
Costa Mesa CA 92626


BluevineCeltic Bank
268 S State Street Ste 300
Salt Lake City UT 84111


BMO Vendor Finance
8001
1625 W Fountainhead Pkwy 10th Fl
Tempe AZ 85282


Cesar Cisneros
9731 Emerald Pl
San Antonio TX 782451175


Cesar Cisneros Jr
9731 Emerald Place
San Antonio TX 78245


Claudia Tena
98300 Camino Villa 417
San Antonio TX 78254


Cultiva Financial
1901 NW Military Hwy Ste 218
San Antonio TX 78213

Donald Arrey
2654 Lonesome Creek Trl
New Braunfels TX 781304116


Einstein Habbesaw PC
9901 IH 10 West Ste 800
San Antonio TX 78230


Emmy Capital Group
442 5th Avenue Ste 2398
New York NY 10019


Francis Manufacturing
Company
550 E Main Street
Russia OH 45363


HK Investments
16103 Addison Road
Addison TX 75001


Hector Estrada
9059 Cagnon Rd
San Antonio TX 78252


Internal Revenue Services
PO Box 21126
Philadelphia PA 19114


Jared Lopez
5505 TPC Parkway
San Antonio TX 78261

Jose Hernandez
8642 Quail Whisper
San Antonio TX 78250


Lanfear Associates
1100 NE Loop 410 Ste 510
San Antonio TX 78209


North Mill Equipment
6338
601 Merrit 7 5
Norwalk CT 06851


Rohan A Carrion
7715 Sundew Mist
San Antonio TX 78244


Texas Management
Associates
7510 Reindeer Trail
San Antonio TX 78250


TRF 2020 LLC
90 State St Ste 700
Albany NY 12207


US Attorney General
10th Constitution Room 5111
Washington DC 20530


US Bank Equipment Finance
Servicing
6000
13010 SW 68th Pkwy
Portland OR 97223

US Attorney
Vet AdminFed Housing Admin
601 NW Loop 410 Ste 600
San Antonio TX 78216


US Trustee
615 E Houston Street Ste 533
San Antonio TX 78205


Yadiel A CarrionQuiros
7715 Sundew Mist
San Antonio TX 78244