**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 24, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANCORA SERVICES CORPORATION, | § | CASE NO. 24-52323-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | SUBCHAPTER V |

ORDER SETTING DEADLINES PURSUANT TO SCHEDULING ORDER

The Court considered the Debtor's *Small Business Debtor's Plan Dated February 18, 2025* (ECF No. 81) ("Plan") as well as the docket sheet and determined that the Court must enter an order setting dates pursuant to Scheduling Order. It is, therefore,

ORDERED that the following dates are established pursuant to Scheduling Order with respect the Plan:

(a) The date by which holders of claims and interests may accept or reject the Plan is **April 2, 2025**;

(b) The date on which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the Plan is **April 2, 2025**.

(c) The date by which Debtor's counsel must mail a copy of the Plan, notice of the time within which the holders of claims and interests may accept or reject the Plan, and notice of the date for the hearing on confirmation is **March 7, 2025**.

It is further

**ORDERED** that the Debtor's counsel shall mail a ballot conforming to Official Form 314 along with a copy of the Plan and a copy of this *Order* to creditors and other parties in interest on or before the date provided under part (c) above. It is further

**ORDERED** that the date provided under part (a) above is fixed as the last day for mailing or transmitting ballots setting forth written acceptances or rejections of the Plan. It is further

**ORDERED** that the date provided under part (a) above is fixed as the last day for filing and serving, pursuant to Fed. R. Bankr. P. 3020(b)(91), written objections to confirmation of the Plan. It is further

**ORDERED** that all completed ballots shall be transmitted directly to Debtor's counsel via U.S. Mail, facsimile, or electronic mail, on or before the deadline set forth above, as follows:

Heidi McLeod
3355 Cherry Ridge, Suite 214
San Antonio, TX 78230
(210) 853-0092
Email: heidimcleodlaw@gmail.com

It is further

**ORDERED** that the hearing on confirmation of the Plan is scheduled for **April 9, 2025 @9:30am before the United States Bankruptcy Court of the Western District of Texas, at 615 E. Houston St., Courtroom No. 1, San Antonio, Texas 78205**. It is further

**ORDERED** that the Debtor shall file its ballot summary no later than **April 4, 2025**.

# # #