IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-52323 |
| | § | |
| ANCORA SERVICES CORPORATION | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 SUBCHAPTER V |

## NOTICE OF HEARING ON CONFIRMATION OF SUBCHAPTER V PLAN AND RELATED DEADLINES

On February 18, 2025, the above-referenced Debtor filed a Plan of Reorganization ("Plan"), which is attached hereto as **Exhibit A**. The Debtor hereby provides each creditor entitled to vote with the applicable Ballot, which is attached hereto as **Exhibit B**, to vote whether to accept or reject the Plan. In addition to casting your vote to accept or reject the plan, any party in interest may also object to confirmation of the Plan. Parties in interest must submit their ballot and file any objection to confirmation of the Plan by the deadlines set forth below.

On February 24, 2025, the Court entered the Scheduling Order attached hereto as **Exhibit C** setting the following deadlines:

1. April 9, 2025 at 9:30 a.m. (CT), at the U.S. Bankruptcy Court, Courtroom #1, 615 E. Houston Street, San Antonio, Texas, 78205, is fixed as the time and place of the hearing on confirmation of the Plan and any objections thereto.

2. April 2, 2025 at 5:00 p.m. (CT) is fixed as the last day for holders of claims and interests to accept or reject the Plan by submitting a ballot. Such ballots shall be sent to counsel for the Debtor at the mailing or email address set forth in the Plan. Ballots shall not be filed with the Court.

3. April 2, 2025 at 5:00 p.m. (CT) is also fixed, pursuant to the Bankruptcy Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Plan. Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting any objection.

4. <u>April 2, 2025</u> at 5:00 p.m. (CT) is the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan under Bankruptcy Rule 3017.2.

5. <u>April 4, 2025</u>, counsel for the Debtor will file with the Court (a) a ballot summary in the form required by L. Rule 3018-1(b) with a copy of the ballots; (b) a memorandum of legal authorities addressing any unresolved objections filed to the Plan; and (c) under a notice coversheet, a proposed order confirming the Plan (and if such proposed order confirming the Plan is a modification of the Local Required Form Order then counsel for the Debtor shall also file a redline comparing the revised order to the Local Required Form Order).

6. By <u>March 7, 2025</u>, counsel for the Debtor will transmit by first class mail, a copy of this Notice, the Plan, the Scheduling Order, and a ballot conforming with Official Form 314, to all creditors, equity security holders, the trustee, the debtor, and all other parties in interest. Counsel for the Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

**<u>You are encouraged to carefully review the Plan, including all exhibits and attachments, before deciding how to vote on the Plan. You much wish to consult an attorney about your rights and your treatment under the Plan.</u>**

**BE ADVISED:** If the Plan is confirmed under 11 U.S.C. § 1191(b): [select applicable provision]

  _____ The Subchapter V Trustee will act as Disbursing Agent.

  \_\_X\_\_ The Debtor is requesting that the Court allow the Debtor to act as the Disbursing Agent, instead of the Subchapter V Trustee, for cause described in the Plan.

*/s/ Heidi McLeod*
Attorney for the Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been sent to the parties listed below and the Twenty largest unsecured Creditors and parties Requesting Notice listed ECF notice on February 24, 2025:

Ancora Services Corporation
7806 Fortune Drive
San Antonio, TX 78250

U.S. Trustee
615 E. Houston Street, Ste. 533
San Antonio, TX 78205

Alinq, LLC
8920 Royal Dr
Burr Ridge, IL 60527-8330

H & K Investments
16103 Addison Road
Addison, TX 75001

TRF 2020, LLC
90 State Street, Ste. 700
Albany, NY 12207

Francis Manufacturing Company
550 E. Main Street
Russia, OH 45363

Einstein & Habbeshaw, PC
9901 IH 10 West, Ste. 800
San Antonio, TX 78230

Ace Recovery Group
3171 Richmond Road, 2nd Floor
State Island, NY 10306

Jared Lopez
5505 TPC Parkway
San Antonio, TX 78261

Claudia Tena
98300 Camino Villa, Apt. 417
San Antonio, TX 78254

Cultiva Financial
1901 NW Military Hwy, Ste. 218
San Antonio, TX 78213

Arturo Reyes
906 Enchanted Rock
San Antonio, TX 78260

Emmy Capital Group
442 5th Avenue, Ste. 2398
New York, NY 10019

Texas Management Associates
7510 Reindeer Trail
San Antonio, TX 78250

Bluevine/Celtic Bank
268 S. State Street, Ste. 300
Salt Lake City, UT 84111

North Mill Equipment
601 Merrit 7, Ste. 5
Norwalk, CT 06851

Ace Rubber Company
PO Box 129
Kennedale, TX 76060

Cesar Cisneros
9731 Emerald Place
San Antonio, TX 78245

Alejandra Ortiz
1619 Mardell Street
San Antonio, TX 78201

Donald Arrey
2654 Lonesome Creek Trail
New Braunfels, TX 78130

Jeremy Flannery
Trail Attorney
United States Department of Justice
Office of the United States Trustee

Michael G. Colvard
MARTIN & DROUGHT, P.C
Weston Centre
112 East Pecan Street, Suite 161
San Antonio, Texas 78205

Brad Odell
Chapter 11 Subchapter V Trustee
1500 Broadway, Ste. 700
Lubbock, TX 79401

Jose Hernandez
8642 Quail Whisper
San Antonio, TX 78250

Cesar Cisneros, Jr
9731 Emerald Place
San Antonio, TX 78245

Law Office of Elizabeth Smith
6655 First Park Ten, Suite 240
San Antonio, TX 78213

/s/ Heidi McLeod
Heidi McLeod